6

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 3 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DOLORES DE SALINAS, As Next Friend of MARIO SALINAS, Minor | § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-98-041 |
| FORD MOTOR COMPANY, | § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Remand be **GRANTED**.

DONE at Brownsville, Texas, this _3_ day of _August_, 1998.

_____
Hilda G. Tagle
United States District Judge